United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GILBERTO G. RODRIGUEZ | ) | CIVIL ACTION NUMBER |
| | ) | B-96-218 |
| VS. | ) | |
| | ) | CRIMINAL NUMBER |
| UNITED STATES OF AMERICA | ) | B-93-099 (01) |

## MINUTE ENTRY

The Court notes that Petitioner Gilberto G. Rodriguez has filed a "Motion for Modification of an Imposed Term of Imprisonment Pursuant to Title 18, U.S.C. § 3582(c)" in both of the above-referenced causes of action. The Court further notes that said Motion should be addressed in Criminal Action Number B-93-099-01 and not in Civil Action Number B-96-218. Therefore, said Motion in Civil Action Number B-96-218 is hereby denied without prejudice to being considered in Criminal Action Number B-93-099-01.

The Clerk shall send a copy of this Minute Entry to Petitioner and counsel for Respondent.

DONE on this 29th day of March, 2000, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE