United States District Court
Southern District of Texas
ENTERED

MAR 29 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GILBERTO G. RODRIGUEZ | ) | CIVIL ACTION NUMBER |
| | ) | B-96-218 |
| VS. | ) | |
| | ) | CRIMINAL NUMBER |
| UNITED STATES OF AMERICA | ) | B-93-099 (01) |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Gilberto G. Rodriguez' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and motion for modification of his sentence pursuant to Title 18 U.S.C. § 3582(c).

After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation concerning Petitioner's Title 28 U.S.C. § 2255 cause of action should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Dorina Ramos' Report and Recommendation concerning the Petitioner's Title 28 U.S.C. § 2255 cause of action entered as Docket Entry Number 11 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 29th day of March, 2000, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE