14

United States District Court
Southern District of Texas
ENTERED

MAR 29 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GILBERTO G. RODRIGUEZ | ) | CIVIL ACTION NUMBER |
| | ) | B-96-218 |
| VS. | ) | |
| | ) | CRIMINAL NUMBER |
| UNITED STATES OF AMERICA | ) | B-93-099 (01) |

ORDER OF DISMISSAL

The Court having adopted the conclusions in the Report and Recommendation of United States Magistrate Judge Dorina Ramos concerning the Petitioner's Title 28 U.S.C. § 2255 cause of action in order of even date herewith is of the opinion that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody of Petitioner Gilberto G. Rodriguez should be denied.

It is, therefore, ORDERED that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is hereby DISMISSED.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 29th day of March, 2000, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE